**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EZZARD CHARLES ELLIS, | ) NO. EDCV 05-520-SJO (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| C.M. HARRISON, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: \_\_\_\_August 25, 2010_____.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE