# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZZARD CHARLES ELLIS,<br><br>        Petitioner,<br><br>    v.<br><br>C.M. HARRISON,<br><br>        Respondent. | Case No. EDCV 05-0520 SJO (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 26, 2016

*S. James Otero*
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE